AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
Middle District of Florida

United States of America
v.
Abel Gaspar-Chino

)
)
)
)
)
)
)

Case No. 8:26-CR-211-RAL-LSG

*Defendant*

## ARREST WARRANT

JUN 11 2026 PM2:20
FILED - USDC - FLMD - TPA

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Abel Gaspar-Chino                                                            ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment       ☐ Superseding Indictment       ☐ Information       ☐ Superseding Information       ☐ Complaint

☐ Probation Violation Petition       ☐ Supervised Release Violation Petition       ☐ Violation Notice       ☐ Order of the Court

This offense is briefly described as follows:

Illegal Re-Entry by Deported Alien in violation of 8 U.S.C. § 1326(a)

Date:  6/10/26

Issuing officer's signature  LisaSilvia

City and state:    Tampa, Florida

MEGAN A. MANN, Clerk, United States District Court
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 6/10/2026 , and the person was arrested on *(date)* 6/11/2026 at *(city and state)* Tampa, FL . |
| Date: 6/11/2026 |

Arresting officer's signature

T. BIGGAR
*Printed name and title*