UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                    Case No.: 8:26-cr-211-RAL-LSG

ABEL GASPAR-CHINO

_____/

## ORDER REGARDING COUNSEL'S OBLIGATIONS
## AT CRIMINAL STATUS CONFERENCE

The Court has scheduled this case for a telephonic criminal status conference on

**FRIDAY, JULY 10, 2026, at 9:00 A.M.**  Counsel for the United States Government and

counsel for the Defendant(s) are reminded of their following obligations to the Court in

connection with the status conference:

1)      Counsel shall appear on time or advise the Court immediately prior to the status

conference that counsel will be delayed, the length of the delay, and the reason for the delay.

2)      Counsel shall be prepared to advise the Court of the estimated time it will take to

try this case in its entirety.

3)      Counsel shall be prepared to advise the Court of any pending motions, the nature

of the motions, whether the motions require an evidentiary hearing, and the estimated time it will

take to hear the motions.

4)      Counsel shall be prepared to advise the Court of any anticipated motions, when

the motions will be filed, the nature of the motions, whether the motions will require an

evidentiary hearing, and the estimated time it will take to hear the motions.

5)      Counsel shall be prepared to advise the Court of any witness problems.

6)      Counsel shall be prepared to advise the Court of any speedy trial problem.

7)    Counsel shall be prepared to advise the Court of the status of any plea negotiations and, if such negotiations have not been finalized by a written plea agreement, when such an agreement will be forthcoming.

8)    Counsel shall be prepared to advise the Court of the status of the case as it relates to any co-Defendant(s) not before the Court at the status conference.

9)    Counsel shall be prepared to advise the Court of any other matter which will have the effect of causing the trial of this case to be delayed.

10)    In the event that primary counsel for the Government or the Defendant is unable to appear at the status conference, primary counsel shall insure that substitute counsel will appear and be prepared to advise the Court of the matters addressed above.

Failure to abide by the foregoing may subject counsel to appropriate sanctions.

**DONE AND ORDERED** at Tampa, Florida, this 23rd day of June, 2026.

/s/RICHARD A. LAZZARA
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

COPIES FURNISHED TO:
Counsel of Record

- 2 -