UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO. 8:26-cr-00211-RAL-LSG

ABEL GASPAR-CHINO

**NOTICE OF MAXIMUM PENALTIES, ELEMENTS OF OFFENSE,**
**PERSONALIZATION OF ELEMENTS, AND FACTUAL BASIS**

The United States of America, by Gregory W. Kehoe, United States Attorney

for the Middle District of Florida, hereby files this Notice of Maximum Penalties,

Elements of Offense, Personalization of Elements, and Factual Basis, stating as

follows:

**ESSENTIAL ELEMENTS**

The essential elements of a violation of 8 U.S.C. § 1326(a), which makes it a

crime for an alien to enter or be found in the United States after the alien had been

deported, excluded, or removed, are as follows:

First:      The defendant was an alien at the time stated in the Indictment;

Second:   The defendant had been deported, excluded or removed from the
          United States;

Third:    Afterward, the defendant knowingly reentered or was found to be
          voluntarily back in the United States; and

Fourth:   The defendant did not have the consent of the Attorney General
          of the United States or the Secretary for the Department of
          Homeland Security for the United States to reapply for admission
          to the United States.

## MAXIMUM PENALTIES

The penalties for the offense charged in Count One of the Indictment are: imprisonment for not more than two years; supervised release for not more than one year; a fine of not more than $250,000; and a special assessment of $100.

## NOTICE OF POSSIBLE REMOVAL

As a result of being convicted of Count One in the Indictment, the defendant may be removed from the United States.

## FACTUAL BASIS

On May 7, 2026, Abel Gaspar-Chino, a native and citizen of Mexico, was encountered and confirmed as being an alien found in the United States without permission after removal, in violation of 8 U.S.C. § 1326(a). During a traffic stop occurring in the Middle District of Florida, law enforcement discovered that Mr. Gaspar-Chino had a warrant in Polk County for failure to appear stemming from a prior driving under the influence (DUI) arrest corresponding to Booking No. 2026-013819. Law enforcement officers arrested Mr. Gaspar-Chino and contacted the Tampa Border Patrol Station for assistance. Record checks revealed that Mr. Gaspar-Chino did not have lawful status to be in the United States and had been previously removed from the United States on several occasions. Specifically, he was removed on April 4, 2005; April 21, 2005; April 7, 2007; October 1, 2019; and May 18, 2022. Mr. Gaspar-Chino's fingerprints and photo were taken and submitted through the Integrated Automated Fingerprint Identification System (IAFIS) and compared with

those taken prior to his previous removals from the United States.  The database indicates the fingerprints are from the same person.

There is no evidence indicating that Mr. Gaspar-Chino reentered the United States involuntarily after his last deportation. No information exists, either in the Alien-File or the computer databases, that shows that Mr. Gaspar-Chino has received permission from the Attorney General, the Secretary for the Department of Homeland Security, or any other immigration official to either reenter the United States after having been previously removed or to reapply for admission to the United States after having been previously removed.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:  /s/ Whitney Mackay
Whitney Mackay
Assistant United States Attorney
Fla. Bar No 92852
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Whitney.Mackay@usdoj.gov

3

**U.S. v. Abel Gaspar-Chino**                                   **8:26-cr-00211-RAL-LSG**

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

/s/ *Whitney Mackay*

Whitney Mackay
Assistant United States Attorney
Fla. Bar No 92852
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Whitney.Mackay@usdoj.gov