# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

UNITED STATES OF AMERICA,

     Plaintiff,

v.

                                         Case No. 8:26-cr-211-RAL-LSG

ABEL GASPAR-CHINO,

     Defendant.

_____/

## NOTICE REGARDING ENTRY OF A PLEA OF GUILTY

With the consent of the defendant, the United States Magistrate Judge is authorized to conduct the proceedings required by Rule 11, F.R.Cr.P., incident to the making of the plea. If, after conducting such proceedings, the Magistrate Judge recommends that the plea of guilty be accepted, a presentence investigation and report will be ordered pursuant to Rule 32, F.R.Cr.P. The assigned United States District Judge will then act on the Magistrate Judge's Report and Recommendation; and, if the plea of guilty is accepted, will adjudicate guilt and schedule a sentencing hearing at which the District Judge will decide whether to accept or reject any associated plea agreement, and will determine and impose sentence.

### CONSENT

I hereby declare my intention to enter a plea of guilty in the above case, and I request and consent to the United States Magistrate Judge conducting the proceedings required by Rule 11, F.R.Cr.P., incident to the making of such plea. I understand that if my plea of guilty is then accepted by the District Judge, the District Judge will decide whether to accept or reject any plea agreement I may have with the United States, and will adjudicate guilt and impose sentence.

_____August 11, 2026_____
Date

_____August 11, 2026_____
Date

_Abel Gaspar_
Signature of Defendant

_____
Defendant's Attorney