# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.

                                         Case No. 8:26-cr-211-RAL-LSG

ABEL GASPAR-CHINO,

      Defendant.

_____/

### Defendant's Consent to the Court's Inspection of Presentence Report Prior to Plea of Guilty, Nolo Contendere, or Finding of Guilt

    I, ABEL GASPAR-CHINO, hereby consent to review of my presentence report by a judge at any time, including the time prior to entry of a plea of guilty or nolo contendere or a finding of guilt.

    I have read, or had read to me, the foregoing consent and fully understand it. No promise has been made to me as to what the final disposition of my case will be.

_____August 11, 2026_____      *Abel Gaspar*_____
Date                                      Signature of Defendant

_____August 11, 2026_____      *Ryan J Magui*_____
Date                                      Defendant's Attorney