# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

## PLEA HEARING MINUTES

CASE NO. 8:26-cr-211-RAL-LSG                    DATE: August 11, 2026

HONORABLE LINDSAY S. GRIFFIN                    INTERPRETER: James Plunkett

LANGUAGE: Spanish

UNITED STATES OF AMERICA                        AUSA Whitney Mackay

v.                                              Government Counsel

ABEL GASPAR-CHINO                               AFPD Ryan Maguire

Defendant                                       Defense Counsel

COURT RPTR        digital recording        DEPUTY CLERK Amanda Craig

TIME 11:10 – 11:35        TOTAL        25 min        COURTROOM 12A

Interpreter Sworn.
Court calls case and parties state their appearances for the record.
Notice of Maximum Penalties filed Dkt.22.
Defendant sworn.
Court advises Defendant of rights and reviews Notice with Defendant.
Court finds Defendant competent to enter a plea of guilty.
Factual basis, as recited by the government, is established.
Plea of guilty entered by Defendant as to Count One of the Indictment.
Court will issue a report and recommendation to the District Judge.
Referred to probation for presentence investigation.
Sentencing schedule to be determined.
Defendant remanded back into the custody of the USMS.
Court adjourned.