# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                          Case No.: 8:26-cr-211-RAL-LSG

ABEL GASPAR-CHINO

_____

## ACCEPTANCE OF PLEA OF GUILTY
## AND ADJUDICATION OF GUILT

     Pursuant to the Report and Recommendation of the United States Magistrate Judge, the plea of guilty of the Defendant as to Count One of the Indictment is now accepted and the Defendant is adjudged guilty of such offense. A sentencing hearing is scheduled on **FRIDAY, OCTOBER 30, at 10:45 A.M.** before United States District Judge Richard A. Lazzara, at the Sam M. Gibbons United States Courthouse, Courtroom 17, 801 N. Florida Avenue, Tampa, Florida, 33602.

     IT IS SO ORDERED.

     **DONE AND ORDERED** in Tampa, Florida this 12th day of August, 2026.


           /s/ *Richard A. Lazzara*
           RICHARD A. LAZZARA
           UNITED STATES DISTRICT JUDGE


Copies furnished to: All Parties and Counsel of Record
Agencies: USPTS; USMS; USPO

**NOTE:**     **Defense counsel <u>must</u> review the PSI Report with their client prior to sentencing. Counsel/USPO to promptly notify Courtroom Deputy Clerk Kristin Carreon (813-301-5697) if an evidentiary sentencing is requested and/or if the sentencing proceeding will exceed thirty minutes. <u>Any request for a continuance must be filed fourteen days prior to the sentencing date</u>.**