**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

# CLERK'S MINUTES

| | | | | |
|---|---|---|---|---|
| **CASE NO.** | 8:26-cr-211-RAL-LSG | | **DATE:** | October 30, 2026 |
| **HONORABLE RICHARD A. LAZZARA** | | | **INTERPRETER:** | Jesse Leonor (sworn) |
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**ABEL GASPAR-CHINO** | | | **LANGUAGE:** | Spanish |
| | | | **GOVERNMENT COUNSEL**<br>Whitney Mackay, AUSA | |
| | | | **DEFENSE COUNSEL**<br>Ryan Maguire, AFPD | |
| **COURT REPORTER:** Lainey Fergueson | | | **DEPUTY CLERK:** | Kristin Carreon |
| **TIME:** | 10:47 AM – 10:58 AM | **TOTAL:** 11 mins. | **PROBATION:** | Lauren Valdes |
| | | | **COURTROOM:** | 17 |

**PROCEEDINGS: SENTENCING HEARING**

Court in session. Interpreter sworn. Counsel identified for the record. Defendant sworn.

Defendant pleaded guilty to Count One of the Indictment and was adjudged guilty of such offense.

Statements made by counsel. Defendant made a statement to the Court.

Probation: **FIVE (5) YEARS.**

In the event Defendant is released prior to deportation, he must report to the United States Probation Office located at 501 East Polk Street, Suite 800, Tampa, Florida, within 72 hours of his release.

Fine is **waived.**

Special Assessment: **$100.00,** to be paid immediately.

Mandatory and Standard Conditions of Supervision apply.

Special Conditions of Supervision:

1. If Defendant is deported, he shall not re-enter the United States without the express permission of the appropriate governmental authority.
2. In the event Defendant is not deported, he shall report to the United States Probation Office located at 501 East Polk Street, Suite 800, Tampa, Florida, within 72 hours of his release from U.S. Immigration and Customs Enforcement and/or custody.

3. In the event Defendant elects to return to the United States during the period of his probation, he shall report to the United States Probation Office located at 501 East Polk Street, Suite 800, Tampa, Florida, within 72 hours of his re-entry.

The mandatory drug testing requirements of the Violent Crime Control Act are suspended. However, you must submit to random drug testing not to exceed 104 tests per year.

Defendant is remanded to the custody of the United States Marshal to await such processing as required by U.S. Immigration and Customs Enforcement (ICE) for deportation proceedings.

Defendant advised of right to appeal and to counsel on appeal.

Court adjourned.